IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON B. KELLOM,

    Petitioner,

vs.                                      CASE NO. 4:09-cv-449-SPM/CAS

KENNETH S. TUCKER, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 23). Petitioner filed objections. Upon consideration, and despite Petitioner's objections, I have determined that the Report and Recommendation is correct and should be adopted. The report sufficiently addresses the issues raised in the habeas petition as well as Petitioner's objections.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 23) is **adopted** and incorporated by reference into this order.

2.     The Petition for Writ of Habeas Corpus (doc. 1) is **denied**.

3.     A Certificate of Appealability is **denied**.

DONE AND ORDERED this 21st day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge